UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED AC

MAY 15 2013

CLERK, U.S. DIST. COURT
WESTERN DIST. OF TENN

Famikia M. Savage
_____

(Name of plaintiff or plaintiffs)

v.    CIVIL ACTION NO._____

Security Finance Loan
and Tax Company
_____

(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, __Famikia Savage__
(name of plaintiff)

is a citizen of the United States and resides at __4429 Eastbrooks Lane Apt 1__
(street address)

__Memphis__           __USA__            __TN__
(city)                (country)          (state)

__38134__                     __601-431-3785__
(zip code)                    (telephone number)

Revised 4-18-08

3. Defendant __Security Finance Loan + Tax Company__
   (defendant's name)
lives at, or its business is located at __P.O. Box 811__
__Spartanburg, SC 29304__ (street address)

4. Plaintiff sought employment from the defendant or was employed by the defendant at
__729 Highway 51 N__
(street address)

| __Covington__ | __USA__ | __TN__ | __38019__ |
|---|---|---|---|
| (city) | (country) | (state) | (zip code) |

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about _____ __March__ __2012__
   (day)    (month)    (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about___ _____ _____ _____.
   (day)    (month)    (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about __19th__ __April__ __2012__.
   (day)    (month)    (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on __21 February 2013__. (Attach a copy of the notice to
   (day) (month) (year)
this complaint.)

9. Because of plaintiff's (1) __✓__ race, (2) ___ color, (3) ___ sex, (4) ___ religion, (5)___ national origin, defendant

   (a) ____ failed to employ plaintiff.

   (b) ____ terminated plaintiff's employment.

   (c) __✓__ failed to promote plaintiff.

   (d) ____ _____

10. The circumstances under which defendant discriminated against plaintiff were as follows: The defendant failed to promote the plaintiff on numerous occassions. Several promotional opportunities were given to caucasians over myself when applied for advanced opportunities within the organization.

11. The acts set forth in paragraph 9 of this complaint

   (a) ____ are still being committed by defendant.

   (b) ✓ are no longer being committed by defendant.

   (c) ____ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) ____ Defendant be directed to employ plaintiff, or

   (b) ____ Defendant be directed to re-employ plaintiff, or

   (c) ____ Defendant be directed to promote plaintiff, or;

   (d) ✓ Defendant be directed to pay damages and lost wages to the plaintiff.

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13. I would like to have my case tried by a jury. Yes (✓) No ( )

_____
SIGNATURE OF PLAINTIFF

Revised 4-18-08