```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```
_____

FAMIKKIA M. SAVAGE,            )
                               )
        Plaintiff,             )
                               )
vs.                            )          No. 13-2310-V
                               )
SECURITY FINANCE LOAN AND TAX  )
COMPANY,                       )
                               )
        Defendant.             )
_____

           ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE
_____

Before the court is the motion of the plaintiff, Famikkia M. Savage, filed September 24, 2013, for a voluntary dismissal of her Title VII complaint against the defendant, Security Finance Loan and Tax Company ("Security Finance"), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  In her motion, Savage also requested that Security Finance "be enjoined from taking any retaliatory actions against the Plaintiff for bringing this cause of action."

A hearing was held on September 24, 2013.  Savage was present in the courtroom, and counsel for defendant participated by phone.  At the hearing, Savage clarified that she was seeking dismissal without prejudice pursuant to Rule 41(a)(2). Both parties consented to the entry of an order of dismissal without prejudice without any injunctive relief.  The parties have consented to the jurisdiction

of the magistrate judge.

Accordingly, Savage's motion for an order of dismissal without prejudice as to Security Finance is granted, and this cause is hereby dismissed without prejudice.

IT IS SO ORDERED this 24th day of September, 2013.

S/ Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
