# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

_____

| | |
|---|---|
| **FAMIKIA M. SAVAGE,**<br>**Plaintiff,** | **JUDGMENT IN CIVIL CASE** |
| V. | CASE No.2:13cv2310 |
| **SECURITY FINANCE LOAN AND TAX COMPANY,** | |
| **Defendant** | |

_____

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJOURNED** in accordance with the Order Granting Voluntary Dismissal without Prejudice, entered on September 24, 2013, this cause is dismissed. Each party is to bear their own outstanding costs in this cause.

**APPROVED:**

s/Diane K. Vescovo
**DIANE K. VESCOVO**
**UNITED STATES MAGISTRATE JUDGE**

Date: October 2, 2013

s/Thomas M. Gould
**Clerk of Court**

s/Chris Sowell
**(By)Deputy Clerk**